# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BREITENSTEIN,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>MONACO COACH CORPORATION,<br>*et al.*<br><br>　　　　　　　　　　Defendants. | CASE NO. 07CV1397-LAB (BLM)<br><br>**ORDER RE: PENDING MOTIONS TO STRIKE AND FOR A MORE DEFINITE STATEMENT** |

On August 3, 2007, Defendant Cummins, Inc. ("Cummins") filed a motion for a more definite statement, and a motion to strike portions of the complaint. On August 7, 2007, Defendant Monaco Coach Corporation ("Monaco Coach") filed a motion for a more definite statement. The hearing on all three motions was set for September 17, 2007 at 10:30 a.m. On August 8, Defendant Cummins amended both its motions. On August 28, 2007, Plaintiff amended his complaint.

On September 6, 2007, in light of the amended complaint, Monaco Coach withdrew its motion for a more definite statement. On September 7, 2007, Defendant Cummins withdrew its motion to strike, but indicated its intention that its motion for a more definite statement should proceed as before, and should apply to the amended complaint. On September 7, Plaintiff filed a response in opposition to one of the motions for a more definite statement (apparently Cummins'). Its opposition is, however, being rejected by discrepancy order.

1 | Thus, of the three motions filed, the only one not withdrawn and therefore still pending is Defendant Cummins' amended motion for a more definite statement (docket #10). Ordinarily, the filing of an amended complaint would moot such a motion. *Datastorm Techs., Inc. v. Excalibur Communications, Inc.*, 888 F. Supp. 112, 114 (N.D.Cal. 1995). However, Defendant Cummins has expressed its intention to continue with its previously-filed motion for a more definite statement. On September 10, 2007, Plaintiff filed a pleading styled "Response to Notice of Non-opposition to Cummins Inc.'s Motion for More Definite Statement" in which he argues Defendant Cummins' motion for a more definite statement should be considered moot.

In view of Defendant Cummins' request, the Court construes Defendant Cummins' amended motion for a more definite statement, filed August 8, 2007 as applying to the amended complaint. In order to give Plaintiff an opportunity to oppose this pending motion, the hearing is hereby **CONTINUED** from September 17, 2007 to **Monday, October 22, 2007 at 10:30 a.m.** Plaintiff's opposition is due **Friday, October 5, 2007**, and Defendant Cummins' reply is due **Monday, October 15, 2007**.

**IT IS SO ORDERED**.

DATED: September 12, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge