UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BREITENSTEIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MONACO COACH CORP., et al.,<br><br>　　　　　　Defendants. | Civil No. 07cv1397-LAB (BLM)<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On December 5, 2007, Plaintiff's counsel informed the Court that the parties had reached a settlement in the above matter. The Case Management Conference scheduled for December 5, 2007 at 1:30 p.m. is therefore **VACATED**.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **January 7, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules

1  signed joint motion for dismissal is timely filed, the parties and
2  attorneys are not required to make any further appearances before
3  Judge Major.
4      If the fully executed joint motion for dismissal is not filed
5  by **January 7, 2008**, then all counsel of record and unrepresented
6  parties are required to appear **in person** for a Settlement Disposi-
7  tion Conference.  The Settlement Disposition Conference will be held
8  on **January 10, 2008** at **9:00 a.m.** in **Courtroom A**.
9      If counsel of record or any unrepresented party fails to
10 appear at the Settlement Disposition Conference, or the parties fail
11 to file the signed joint motion for dismissal in a timely manner,
12 the Court will issue an Order to Show Cause why sanctions should not
13 be imposed for failing to comply with this Order.
14     All other pending dates before Magistrate Judge Major are
15 hereby vacated.  Any matters currently scheduled before the district
16 judge shall remain in effect pending notice from that court.
17     **IT IS SO ORDERED.**
18
19 DATED:   December 5, 2007
20
21                                         BARBARA L. MAJOR
                                           United States Magistrate Judge
22
23
   COPY TO:
24
   HONORABLE LARRY A. BURNS
25 UNITED STATES DISTRICT JUDGE

26 ALL COUNSEL AND PARTIES

27

28 ─────────────────
   for Electronic Case Filing").