UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BREITENSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>MONACO COACH CORP., et al.,<br><br>    Defendants. | Civil No. 07cv1397-LAB (BLM)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

On January 30, 2008, Plaintiff sent an ex parte communication to the Court, requesting a continuance of the Settlement Disposition Conference set for January 31, 2008. In support, Plaintiff stated that he had been ordered to appear at the same time before another judge.

Plaintiff's request is hereby **GRANTED**. The Settlement Disposition Conference is continued to **February 1, 2008** at **1:30 p.m.** However, the Court notes that Plaintiff's request gave no indication of having been communicated to opposing counsel. The Court reminds Plaintiff of Local Rule 83.3(h)(2), stating "[a] motion for an order shall not be made ex parte unless it appears by affidavit or declaration (1) that within a reasonable time before the motion the

party informed the opposing party or the opposing party's attorney when or where the motion would be made; or (2) that the party in good faith attempted to inform the opposing party and the opposing party's attorney but was unable to do so, specifying the efforts made to inform them; or (3) that for reasons specified the party should not be required to inform the opposing party or the opposing party's attorney." Plaintiff failed to adhere to these guidelines and is warned that a future failure to comply with the local rules, or other applicable rules, may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: <u>January 30, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES